IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EUGENE HAMPTON**                                                                                    **PLAINTIFF**

**VS.**                                              **4:19-CV-00810-BRW**

**WELLS FARGO BANK NA,** *ET AL.*                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED.

IT IS SO ORDERED this 14th day of January, 2021.

                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE